UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FIONA BOMMERSHEIM,

    Plaintiff,

v.

AMSHER COLLECTION
SERVICES, INC.,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, Amsher Collection Services, Inc. (AmSher), by counsel, notices the removal of this action, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446 *et seq.*, to the United States District Court for the Middle District of Florida on the basis of the following facts which demonstrate the existence of subject matter jurisdiction in this Court:

### I. THE STATE COURT ACTION

1. On June 14, 2016, plaintiff, Fiona Bommersheim (plaintiff), commenced a civil action in the Twentieth Judicial Circuit in and for Charlotte County, Florida, entitled *Fiona Bommersheim v. AmSher Collection Services, Inc.,* Case # 16-001051-CA (hereinafter the "State Court Action"). A full copy of the state court docket is attached as Exhibit "A."

2. On June 21, 2016, AmSher was served with a copy of the Summons and Complaint and Demand for Jury Trial. True copies of the Complaint and Summons are attached as Exhibit "B."

## II.     REMOVAL IS TIMELY AND VENUE IS PROPER

3.     The time within which AmSher is required by the laws of the United States, 28 U.S.C. § 1446(b), to file this notice of removal has not yet expired.

4.     The County Court, Twentieth Judicial Circuit, in and for Charlotte County is located within the Middle District of Florida. Therefore, venue for purposes of removal is proper pursuant to 28 U.S.C. § 89(b) because the United States District Court for the Middle District of Florida embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

## III.     REMOVAL IS PROPER BECAUSE THE COURT HAS FEDERAL QUESTION JURISDICTION

5.     For the reasons described below, this Court has jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1331 because plaintiff's Complaint alleges a cause of action arising under the laws of the United States.

6.     Specifically, plaintiff alleges AmSher violated provisions of the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227, *et seq.*, the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq.*, and the Florida Consumer Collection Practices Act (FCCPA), Fla. Stat. § 559.55, *et seq.*

7.     Because plaintiff affirmatively alleges violations of the TCPA and FDCPA, the Complaint asserts a federal question under 28 U.S.C. § 1331 and is removable pursuant to 28 U.S.C. § 1441.

## IV.     NOTICE TO COURT AND ADVERSE PARTY

8.     AmSher will promptly file a Notice of Filing of this Notice of Removal with

the clerk of the County Court, Twentieth Judicial Circuit, in and for Charlotte County, Florida and will serve the same on all adverse parties to this action. See Exhibit "C."

WHEREFORE Defendant, AmSher Collection Services, Inc., respectfully requests this Court take jurisdiction of this action and issue all necessary orders and process to remove said action from the County Court, Twentieth Judicial Circuit, in and for Charlotte County, Florida to the United States District Court for the Middle District of Florida.

Respectfully Submitted,

*/s/ Abigail Pressler*
Abigail S. Pressler, Esq.
Florida Bar No. 0098072
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone: (813) 890-2465
Facsimile: (866) 466-3140
apressler@sessions.legal
dvanhoose@sessions.legal

*Attorneys for Defendant,*
*AmSher Collection Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of July 2016, a copy of the foregoing was filed electronically and was sent via email to plaintiff's counsel as described below.

Christie D. Arkovich, Esq.
Christie D. Arkovich, P.A.
1520 W. Cleveland Street
Tampa, FL 33606

*/s/ Abigail Pressler*
Attorney