UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FIONA BOMMERSHEIM,

    Plaintiff,

v.                                 Case No.: 2:16-cv-00548-UA-CM

AMSHER COLLECTION
SERVICES, INC.,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, AmSher Collection Services, Inc. (AmSher), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

DATED: August 29, 2016.

                                          Respectfully Submitted,

                                          */s/ Abigail Pressler*
                                          Abigail S. Pressler, Esq.
                                          Florida Bar No. 0098072
                                          Dayle M. Van Hoose, Esq.
                                          Florida Bar No. 0016277
                                          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                          3350 Buschwood Park Drive, Suite 195
                                          Tampa, FL 33618
                                          Telephone:   (813) 890-2465
                                          Facsimile:    (866) 466-3140

>apressler@sessions.legal
>dvanhoose@sessions.legal
>
>*Attorneys for Defendant,*
>*AmSher Collection Services, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 29th day of August 2016, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

>Christie D. Arkovich, Esq.
>Christie D. Arkovich, P.A.
>1520 W. Cleveland Street
>Tampa, FL 33606

>*/s/ Abigail Pressler*
>Attorney