## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

FIONA BOMMERSHEIM,

       Plaintiff,

v.                                         Case No.: 2:16-cv-00548-UA-CM

AMSHER COLLECTION
SERVICES, INC.,

       Defendant.

_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

     Plaintiff, Fiona Bommersheim, hereby provides notice of the voluntary dismissal with prejudice of all claims by Plaintiff against Amsher Collection Services, Inc., asserted in the above styled case.  Any and all claims Fiona Bommersheim may have against Amsher Collection Services, Inc., are hereby **DISMISSED** with prejudice and each party shall be responsible for its own attorney's fees and costs.

     This 7th day of September 2016.

                                     Respectfully submitted,

                                      */s/ Christie Arkovich*
                                      Christie D. Arkovich, Esq.
                                      Florida Bar No. 963690
                                      cdalaw@tampabay.rr.com
                                      Barbara C. Leon, Esq.
                                      Florida Bar No. 582115
                                      cdalaw5@tampabay.rr.com
                                      Janet E. Wise, Esq.
                                      Florida Bar No. 964654
                                      janetwise@tampabay.rr.com
                                      CHRISTIE D. ARKOVICH, P.A.
                                      1520 W. Cleveland St.
                                      Tampa, Florida 33606
                                      (813) 258-2808
                                      (813) 258-5911 (Facsimile)
                                      Attorneys for Plaintiffs

Service email:  cdalaw@christiearkovich.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH  PREJUDICE** has been furnished via ECF, Email and/or US Mail to Defendant(s), on this 7th of September 2016. :

SESSIONS FISHMAN NATHAN & ISRAEL, LLC
apressler@sessions.legal
dvanhoose@sessions.legal

/s/ *Christie D. Arkovich*_____
Attorney for Plaintiff